UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ANTOINE SCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendants. | **CASE NO. 3:25-cv-235**<br><br>*Removed from Mecklenburg County Superior Court (Case No. 25CV009652-590)* |

## NOTICE OF REMOVAL

Defendant Bank of America N.A. ("BANA") hereby removes the action filed by Plaintiff Antoine Scott ("Plaintiff") in the Superior Court of Mecklenburg County, Case Number 25CV009652-590, to the United States District Court for the Western District of North Carolina, Charlotte Division, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

### I.    STATEMENT OF THE CASE

On February 21, 2025, Plaintiff commenced Case Number 25CV009652-590, styled *Antoine Scott v. Bank of America, N.A.*, in the Superior Court of Mecklenburg County, North Carolina (the "State Court Action").[1] Plaintiff alleges that BANA violated more than twenty federal laws and regulations, various North Carolina statutes, and several provisions of the Uniform Commercial Code by placing a hold on his account with BANA on or about February 12, 2025.[2] Plaintiff seeks a temporary restraining order, the release of $53,269.26 to Plaintiff, a forensic audit of Plaintiff's funds, restitution of all profits, a permanent injunction preventing BANA from engaging in conversion, a public admission of fault, compliance by an auditor for

---

[1] A copy of the Complaint ("Complaint") is attached hereto with all State Court processes, pleadings, and orders as Exhibit A.
[2] *See* Exhibit A, p. 4.

three years, compensatory damages of $5 million, and punitive damages.[3] This Court has federal question jurisdiction as Plaintiff asserts claims pursuant to numerous federal laws and regulations, including but not limited to 15 U.S.C §§ 45, 78a, 78j, 78o, 1601, 1681, 1692 and 1693; 18 U.S.C. §§ 242, 471-473, 912, 1028, 1029, 1341, 1343, 1344, 1346, 1961; 12 C.F.RE. Part 1005; and 31 C.F.R. § 357

## II. TIMELINESS OF REMOVAL

BANA was served with process of the Plaintiff's Complaint on March 4, 2025 and thirty (30) days have not expired since this service has occurred. This was the first notice of this action served upon BANA. Accordingly, this Notice of Removal is timely.[4]

## III. VENUE

Venue for this Notice of Removal is proper in the United States District Court for the Western District of North Carolina, Charlotte Division, because this district and division includes Mecklenburg County, North Carolina, the location of the pending State Court Action.[5]

## IV. BASIS FOR REMOVAL: FEDERAL QUESTION JURISDICTION

This Court has jurisdiction over this case pursuant to federal question jurisdiction under 28 U.S.C. § 1331. Plaintiff's Complaint while failing to identify a specific cause of action alleges BANA committed violations of the Electronic Fund Transfer Act, Truth in Lending Act, Fair Credit Reporting Act, Fair Debt Collection practices Act, Securities Exchange Act, Racketeer Influenced and Corrupt Organizations Act, Consumer Financial Protection Bureau regulations,

---

[3] *See* Exhibit A, p. 5.
[4] *See* 28 U.S.C. § 1446(b) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.")
[5] *See* 28 U.S.C. § 1441(a); 28 U.S.C. § 121(a)(1).

Federal Trade Commission Act, and the Uniform Commercial Code.[6] Plaintiff's Complaint also asserts BANA committed bank fraud, wire fraud, forgery, "frauds and swindles", "deprivation of rights under color of law", false representation of government authority, scheme to deprive of honest services, identity theft, and fraudulent use of personal identifying information citing to the United States Code in each instance.[7]

Although BANA denies that Plaintiff is entitled to recover any amount and specifically denies that Plaintiff is entitled to the relief in the various forms sought, these claims constitute a civil action "arising under the Constitution, laws, or treaties of the United States."[8] This Court may assert supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

As this action constitutes a civil action under the laws of the United States, this Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331 and BANA is permitted to remove this action pursuant to 28 U.S.C. §1441(a).

## V. <u>PROCEDURAL REQUIREMENTS HAVE BEEN SATISFIED</u>

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served in the State Court Action, are attached hereto as **Exhibit A**. Additionally, pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, BANA is providing Plaintiff with written notice of removal. A copy of this Notice of Removal is being filed with the Superior Court of Mecklenburg County, North Carolina.

## VI. <u>CONCLUSION</u>

The Court may exercise federal question jurisdiction over this action as Plaintiff has

---

[6] *See* Exhibit A, pp. 4-5.
[7] *See* Exhibit A, p. 4.
[8] *See* 28 U.S.C. § 1331.

asserted several claims under the laws of the United States.

This the 3rd day of April, 2025.

/s/ Michael S. Mestre
Michael S. Mestre, N.C. Bar No. 56363
McGuireWoods, LLP
201 N. Tryon Street, Suite 3000
Charlotte, North Carolina 28202
Telephone: 704-343-2366
Facsimile: 704-343-2300
mmestre@mcguirewoods.com

*Attorney for Defendant Bank of America, N.A.*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ANTOINE SCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendants. | CASE NO. _____<br><br>*Removed from Mecklenburg County Superior Court (Case No. 25CV009652-590)* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2025, a copy of the foregoing **NOTICE OF REMOVAL**, with any and all attachments, was filed electronically with the Clerk of Court via ECF and served via First-Class Mail, postage prepaid, addressed to:

Antoine Scott
4509 Morgan Street
Charlotte, NC 28208

*Pro se Plaintiff*

                                                        */s/ Michael S. Mestre*
                                                        Michael S. Mestre